**Order entered February 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00640-CR

**CRAIG EVERETT HALTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-71883-U**

## ORDER

The Court **REINSTATES** the appeal.

On January 14, 2015, we granted the motion of Lori Ordiway to withdraw as appellant's appointed counsel and ordered the trial court to appoint new counsel to represent appellant. We have received the trial court's order appointing Allan Fishburn to represent appellant. Accordingly, we **DIRECT** the Clerk to list Allan Fishburn as appellant's attorney of record.

We **GRANT** the February 4, 2015 motion to extend time to file appellant's brief filed by Mr. Fishburn. Appellant's brief is considered properly filed as of February 5, 2015. The State's brief is due within thirty days of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Allan Fishburn and to the Dallas County District Attorney's Office.

/s/     ADA BROWN
        JUSTICE